ALBERT HALSTEAD, Respondent, v. THE CONNECTICUT ELECTROTYPE COMPANY and THE CONDE NAST PUBLICATIONS, INC., Appellants.— Order, so far as appealed from, unanimously modified by limiting the books, records and documents to be produced under the second subdivision numbered " 6 " of the notice of motion, to such papers relating to the corporate set up and inter-relation of the two defendants as may appear relevant to the matters upon which the examination is to be had, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

HELEN GOMEZ, Respondent, v. VERNON L. GOMEZ, Appellant.— Order unanimously modified by reducing the amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of seventy-five dollars per week, and the amount of the counsel fees to the sum of $750, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of SOL D. CARLIN, Appellant, for an Order against JAMES E. FINEGAN and Others, Composing and Constituting the Municipal Civil Service Commission of the City of New York and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

LIGGETT & MYERS TOBACCO COMPANY, Respondent, v. JAMES C. VAN SICLEN and Another, as Trustees, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon and Cohn, JJ.

JACOB LEVY, Respondent, v. LOUIS KRAM, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

SOPHIE GLEMBY, Appellant, v. HOTEL WALDORF ASTORIA CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ROBERT WALTON GOELET, Respondent, v. JACQUES KIRSCH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

BROOKS DENHARD SURGICAL INSTRUMENT COMPANY, INC., Appellant, v. AUGUSTUS C. BRUHNKE, Defendant, Impleaded with BARNETT L. SILVER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.